UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DEVON JOSEPH ANDERSON,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>ALICIA G. CARVER,<br><br>　　　　　　Respondent. | Case No. 1:25-cv-00185-REP<br><br>**INITIAL REVIEW ORDER** |

　　　　Petitioner Devon Joseph Anderson, an inmate in the custody of the Idaho Department of Correction, has filed a Petition for Writ of Habeas Corpus. *See* Dkt. 1. The Court must review each habeas corpus petition upon receipt to determine whether the petition is subject to summary dismissal pursuant to 28 U.S.C. § 2243 and Rule 4 of the Rules Governing Section 2254 Cases ("Habeas Rules").

　　　　Petitioner has not complied with Habeas Rule 2(d), which requires any habeas petition brought pursuant to 28 U.S.C. § 2254 to "substantially follow either the form appended to these rules or a form prescribed by a local district-court rule." The Petition in this case does neither.

　　　　This Court has adopted a local form for § 2254 petitioners, which the Clerk will provide to Petitioner for purposes of drafting an amended petition. Within 28

days after entry of this Order, Petitioner must file an amended petition using this form to comply with Rule 2(d).

Petitioner currently has another habeas corpus case pending in this Court. *See Anderson v. Ross*, Case No. 1:24-cv-00602-REP (D. Idaho, filed Dec. 13, 2024). If the claims in the instant case challenge the same conviction as that challenged in Case No. 1:24-cv-00602-REP, the appropriate course would be for Petitioner to move to amend the petition in that earlier-filed case to bring all his intended claims in a single action—not for Petitioner to maintain multiple pending habeas cases challenging the same conviction.

## ORDER

**IT IS ORDERED:**

1. Alicia G. Carver, as the new warden of the prison in which Plaintiff is confined, is SUBSTITUTED for the previous warden as Respondent. *See* Dkt. 6.

2. The Clerk of Court will provide Petitioner with this Court's form § 2254 petition, and Petitioner is encouraged and expected to use that form to draft any amended petition. Within 28 days after entry of this Order, Petitioner must file an amended petition that complies with Habeas Rule 2(d).

INITIAL REVIEW ORDER - 2

3. If Petitioner does not file a timely amended petition, this case may be dismissed with prejudice and without further notice.

4. Alternatively, Petitioner may file a Notice of Voluntary Dismissal if he no longer intends to pursue this case.

DATED: August 4, 2025

_____
Honorable Raymond E. Patricco
Chief U.S. Magistrate Judge

INITIAL REVIEW ORDER - 3